CIRCUIT MEDIATION OFFICE
# UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

February 10, 2025

Cody D. Kerns, Esq.
417 NW 139th Street
Edmond, OK  73013

David Burge, Esq.
PO Box 1948
Oklahoma City, OK  73101

Jeffrey West, Esq.
2525 N. Expressway, Suite 531
Oklahoma City, OK  73112

BAP No. WO-25-7 – Humberto Dominguez v. John Hardeman, et al.

Dear Counsel:

Pursuant to Tenth Circuit BAP General Order No. 9, the deadline for filing the appellant's brief and the appendix is extended to **March 24, 2025**.

Sincerely,

Kevin J. Kinnear

KJK:dm