# UNITED STATES BANKRUPTCY APPELLATE PANEL

# OF THE TENTH CIRCUIT

| | |
|---|---|
| IN RE JUAN VALDEZ<br><br>Debtor. | BAP No. WO-25-007 |
| HUMBERTO DOMINGUEZ<br><br>Appellant,<br><br>v.<br><br>JOHN HARDEMAN, Chapter 13 Trustee,<br>and JUAN VALDEZ,<br><br>Appellee. | Bankr. No. 24-12446<br>Chapter 13 |

## ONE DOCUMENT
(Combined Statement of Admission to Practice, Statement of Interested Parties, and Statement Regarding Oral Argument pursuant to Tenth Circuit BAP Local Rule 8003-2(d))

**Statement of Admission to Practice or Statement Regarding Pro Se Status**

Pursuant to Tenth Circuit BAP Local Rule 8003-2(a), the undersigned attorney, counsel for John Hardeman, Appellee, in the subject case states that he is admitted to practice before this Court in compliance with Tenth Circuit BAP Local Rule 8026-2(a).

**Statement of Interested Parties**[*]

Appellee, pursuant to Tenth Circuit BAP Local Rule 8003-2(b), hereby submits the following:

1.    Names of interested parties who are not listed in the notice of appeal (L.R. 8003-2(b)(1)):

☐  _____

☒  There are no such parties.

2.    Names of any parent corporation and any publicly held corporation that owns 10% or more of its stock (L.R. 8003-2(b)(2)):[**]

☐  _____

☒  There are no such parent or publicly held corporations.

3.    Names of any attorneys who have previously appeared but who have not entered an appearance in this Court (L.R. 8003-2(b)(3)):

☐  _____

☒  There are no such prior attorneys.

4.    *Only complete this portion if (1) you are/represent the debtor or trustee, or (2) if neither the debtor nor the trustee are parties to the appeal, you are the Appellant.*

a.  List each debtor not named in the caption (Fed. R. Bankr. P. 8012(b)):

☐  _____

☒  There are no debtors not named in the caption.

b.  For each debtor listed in paragraph 4(a) that is a corporation, list the names of any parent corporation and any publicly held corporation that owns 10% or more of its stock (8003-2(b)(2)):

☐  _____

☒  There are no such parent or publicly held corporations.

---

[*]    This form is used for conflicts checking purposes.

[**]   See 11 U.S.C. § 101(9) for the definition of "corporation."

## Statement Regarding Oral Argument

Appellee, pursuant to Tenth Circuit BAP Local Rule 8003-2(c), hereby submits the following statement regarding oral argument:

☐ Oral argument is REQUESTED.

☒ Oral argument is NOT REQUESTED.

Respectfully submitted,
s/David S. Burge
David S. Burge, OBA #31505
321 Dean A. McGee
P.O. Box 1948
Oklahoma City, OK. 73101
13trustee@chp13okc.com
(405) 236-4843
(405) 236-1004 (fax)
Attorney for Trustee

## Certificate of Service

I hereby certify that on February 18, 2025, a true and correct copy of the foregoing document were electronically served used the CM/ECF system to:

Cody Dwight Kerns, attorney for Creditor, Humberto Dominguez
Jeffrey West, attorney for Debtor, Juan Valdez.

On February 18, 2025, a true and correct copy of the foregoing instrument was served by U.S. Mail, postage prepaid, on the following:

Juan Valdez
9808 S. Hillcrest Dr
Oklahoma City, OK 73159

s/David S. Burge
David S. Burge