# UNITED STATES BANKRUPTCY APPELLATE PANEL

# OF THE TENTH CIRCUIT

| | |
|---|---|
| IN RE JUAN PABLO VALDEZ<br><br>Debtor. | BAP No.    WO-25-7 |
| Humberto Trejo Dominguez<br><br>Non-Adversary Appellant,<br><br>    v.<br><br>John Hardeman, Chapter 13 Trustee<br><br>       Non-Adversary Appellee<br><br>Juan Pablo Valdez<br><br>       Non-Adversary Appellee. | Bankr. No.   24-12446 JDL<br>Adv. No.     24-01081<br>Chapter      13 |

## ONE DOCUMENT

(Combined Statement of Admission to Practice, Statement of Interested Parties, and Statement Regarding Oral Argument pursuant to Tenth Circuit BAP Local Rule 8003-2(d))

**Statement of Admission to Practice or Statement Regarding Pro Se Status**

Pursuant to Tenth Circuit BAP Local Rule 8003-2(a), the undersigned attorney, counsel for Humberto Trejo Dominguez, Appellant, in the subject case states that he is admitted to practice before this Court in compliance with Tenth Circuit BAP Local Rule 8026-2(a).

## Statement of Interested Parties[*]

Appellant, pursuant to Tenth Circuit BAP Local Rule 8003- 2(b), hereby submits the following:

1. Names of interested parties who are not listed in the notice of appeal (L.R. 8003-2(b)(1)):

    ☐ _____

    **X** **There are no such parties.**

2. Names of any parent corporation and any publicly held corporation that owns 10% or more of its stock (L.R. 8003-2(b)(2)):[**]

    ☐ _____

    **X** **There are no such parent or publicly held corporations.**

3. Names of any attorneys who have previously appeared but who have not entered an appearance in this Court (L.R. 8003-2(b)(3)):

    X **Charles E. Wetsel, OBA #12305 attorney for Creditor Humberto Trejo Dominguez | cwetsel@teaguewetsel.com**

    ☐ There are no such prior attorneys.

4. *Only complete this portion if (1) you are/represent the debtor or trustee, or (2) if neither the debtor nor the trustee are parties to the appeal, you are the Appellant.*

    a. List each debtor not named in the caption (Fed. R. Bankr. P. 8012(b)):

    ☐ _____

    ☐ There are no debtors not named in the caption.

---

[*] This form is used for conflicts checking purposes.

[**] See 11 U.S.C. § 101(9) for the definition of "corporation."

b. For each debtor listed in paragraph 4(a) that is a corporation, list the names of any parent corporation and any publicly held corporation that owns 10% or more of its stock (8003-2(b)(2)):

☐ _____

☐ There are no such parent or publicly held corporations.

## Statement Regarding Oral Argument

Appellant pursuant to Tenth Circuit BAP Local Rule 8003-2(c), hereby submits the following statement regarding oral argument:

☐ Oral Argument is REQUESTED.

**X Oral argument is NOT REQUESTED.**

/s/ Cody D. Kerns
Cody D. Kerns, OBA #34697
Teague & Wetsel, PLLC
1741 West 33rd Street, Suite 120
Edmond, Oklahoma 73013
Telephone: 405/ 285-9200
Telecopier: 405/ 509-2362 (direct)
e-mail: ckerns@teaguewetsel.com
Attorneys for Creditor/Appellant
Humberto Trejo Dominguez

## CERTIFICATE OF SERVICE

I certify that on February 19, 2025 I electronically transmitted this document to the Court Clerk using the ECF System for filing. Based on the records currently on file, the Court Clerk will transmit a Notice of Electronic Filing to the following ECF registrants:

John T. Hardeman
13trustee@chp13okc.com, trustee@chp13okc.com

United States Trustee
Ustpregion20.oc.ecf@usdoj.gov

Jeffrey E. West on behalf of Debtor Juan Pablo Valdez
jeff@westbklaw.com; lawwestj@gmail.com; enid@westbklaw.com; west.jeffreyr@notify.bestcase.com; docs@westbklaw.com

/s/ Cody D. Kerns