# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE TENTH CIRCUIT

| | |
|---|---|
| IN RE JUAN VALDEZ,<br><br>    Debtor. | BAP No. WO-25-007 |
| HUMBERTO TREJO DOMINGUEZ,<br><br>    Appellant,<br><br>v.<br><br>JOHN HARDEMAN, Chapter 13 Trustee,<br>and JUAN VALDEZ,<br><br>    Appellee. | Bankr. No. 24-12446<br>Chapter 13 |

## APPLICATION OF APPELLANT HUMBERTO DOMINGUEZ FOR EXTENSION OF TIME TO FILE BRIEF IN CHIEF AND APPENDIX

Appellant/Creditor Humberto Trejo Dominguez ("Trejo") respectfully requests an extension of time to file his Brief in Chief and Appendix. In support of this application, Trejo states as follows:

    1.    Trejo filed his Notice of Appeal and Statement of Election on February 5, 2025.

    2.    Trejo filed his Notice of Transcript Order on February 14, 2025. Trejo's order for a transcript was not processed because Trejo did not ask for a copy of the transcript before the proceeding and because Trejo asked for the transcript to be expedited in three days instead of fourteen days.

    3.    Trejo re-filed his Notice of Transcript Order on March 10, 2025, asking for the transcript on a fourteen day time frame. The transcript is expected to be completed within fourteen (14) days of filing the Notice of Transcript Order.

1

4. Trejo has not previously requested an extension of time for filing his Brief in Chief and Appendix.

5. No other matters are pending before the Court concerning this case. Therefore, granting this application for extension of time for Trejo to file his Brief in Chief and Appendix will not impact any other deadlines or prejudice any party.

Therefore, Trejo requests an order extending for fourteen (14) days from the original due date, or until Monday April 07, 2025, the time for Trejo to file his Brief in Chief and Appendix.

Respectfully submitted,

_s/ Cody D. Kerns_____
Cody Kerns, OBA #34697
TEAGUE & WETSEL, PLLC
1741 West 33rd Street, Suite 120
Edmond, Oklahoma 73013
Telephone:    (405) 285-9200
Telecopier:    (405) 509-2362 (direct)
email:  ckerns@teaguewetsel.com
*Attorney for Appellant,*
*Humberto Trejo Dominguez*

## CERTIFICATE OF SERVICE

        This is to certify that on March 18, 2025, a true and complete copy of the above and foregoing document was electronically delivered using the CM/ECF system to the following:

David S. Burge  
13trustee@chp13okc.com  
*Attorney for John Hardman,*  
*Chapter 13 Trustee*

Jeffrey West  
jeff@westbklaw.com  
*Attorney for Juan Valdez,*  
*Debtor and Appellee*

Juan Pablo Valdez  
9808 S. Hillcrest Dr  
Oklahoma City, OK 73159

                                  s/ Cody D. Kerns_____  
                                  Cody D. Kerns