# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE TENTH CIRCUIT

_____

| | |
|---|---|
| IN RE JUAN VALDEZ,<br><br>Debtor.<br>_____<br><br>HUMBERTO DOMINGUEZ,<br><br>Appellant,<br><br>v.<br><br>JOHN HARDEMAN, Chapter 13 Trustee, and JUAN VALDEZ,<br><br>Appellees. | BAP No. WO-25-7<br><br><br>Bankr. No. 24-12446<br>Chapter 13<br><br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

_____

The matter before the Court is the *Application of Appellant Humberto Dominguez to Hold Deadline to File Opening Brief and Appendix in Abeyance Pending Consummation of Settlement Agreement*, which the Court has construed as a motion pursuant to Federal Rule of Bankruptcy Procedure 8013 ("Motion for Extension of Time"). Appellant previously filed a motion for extension of time, which the Court granted on March 19, 2025.

Pursuant to Tenth Circuit BAP Local Rule 8024-1(a)(1), it is HEREBY ORDERED that:

(1) The Motion for Extension of Time is GRANTED.

(2) Appellant's opening brief and appendix shall be filed and served on or before May 5, 2025.

For the Panel

*Anne Zoltani*

Anne Zoltani
Clerk of Court